UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ANNISSA COLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-CV-377 |
| | ) |
| CITY OF ALCOA, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, Defendant Jennifer Russell's Motion to Dismiss [doc. 27] is **GRANTED in part and DENIED in part**. The Court orders as follows:

1. Nurse Russell's motion is **GRANTED** as to Count Four, Count Ten, Count Twelve, and Count Thirteen, which are **DISMISSED** but only to the extent that they apply to Nurse Russell in her individual capacity. These counts remain pending in all other respects.

2. Nurse Russell's motion is **DENIED** as to Count Nine.

3. Nurse Russell **SHALL** serve a responsive pleading within fourteen days from the date of this Order.

   **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge