UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ANNISSA COLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-CV-377 |
| | ) |
| CITY OF ALCOA, TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, Defendants' Motion to Dismiss [doc. 31] is **GRANTED in part and DENIED in part**. The Court orders as follows:

1. The Court **GRANTS** dismissal of all official-capacity claims against Chief Potter, Lieutenant Fletcher, Officer Cook, and Officer Wilson.

2. The Court **DENIES** dismissal of Count Five and Count Seven.

3. The Court **GRANTS** dismissal of Count Four only to the extent that it applies to Chief Potter and Lieutenant Fletcher in their individual capacities. This count remains pending in all other respects.

4. The Court **DENIES** dismissal of Count Six.

5. The Court **GRANTS** dismissal of Count Eleven only to the extent that it applies to Officer Cook and Officer Wilson. This count remains pending in all other respects.

6. The Court **GRANTS** dismissal of Count Twelve only to the extent that it applies to the City of Alcoa, Officer Cook, and Officer Wilson. This count remains pending in all other respects.

7. The Court **DENIES** dismissal of Count Thirteen.

    **IT IS SO ORDERED.**

    ENTER:

s/ Leon Jordan
United States District Judge