UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ANNISSA COLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-377 |
| | ) | |
| CITY OF ALCOA, TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, Officer England's Motion for Summary Judgment [doc. 66] is **GRANTED in part and DENIED in part.** The Court orders as follows:

1.  The Court **GRANTS** summary judgment on Count Four.

2.  The Court **DENIES** summary judgment on Count Nine.

3.  The Court **DENIES** summary judgment on Count Twelve.

4.  The Court **GRANTS** summary judgment on Count Thirteen only to the extent that Ms. Colson seeks punitive damages.

5.  The Court **DENIES** summary judgment on Count Thirteen in all other respects.

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge