IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ANNISSA COLSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-CV-377 |
| CITY OF ALCOA, *el al.*, | ) ) ) |
| Defendants. | ) ) |

## **O R D E R**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, the City Defendants' motion for summary judgment [doc. 128] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, summary judgment is:

- **GRANTED** on Count 1 as to Officer Wilson. Count 1 will be **DISMISSED**.

- **GRANTED** on Count 2 as to Officer Cook. Count 2 will be **DISMISSED**.

- **GRANTED** on Count 4 as to Officer Cook, Officer Wilson, Chief Potter, Lieutenant Fletcher, and the Doe defendants. Count 4 will be **DISMISSED**.

- **GRANTED** on Count 5 as to the City of Alcoa. Count 5 will be **DISMISSED** as to the City of Alcoa.

- **GRANTED** on Count 6 as to Chief Potter and Lieutenant Fletcher. Count 6 will be **DISMISSED**.

- **GRANTED** on Count 7 as to the City of Alcoa. Count 7 will be **DISMISSED** as to the City of Alcoa.

- **GRANTED** on Count 9 as to Chief Potter, Lieutenant Fletcher, and the City of Alcoa. Count 9 will be **DISMISSED** as to Chief Potter, Lieutenant Fletcher, and the City of Alcoa.

- **GRANTED IN PART** and **DENIED IN PART** on Count 9 as to Officer Cook, and Officer Wilson. Summary judgment will be **GRANTED** on Plaintiff's claim regarding her alleged panic attack, and **DENIED** on Plaintiff's claim regarding her knee injury.

- **GRANTED** on Count 10 as to the City Defendants. Count 10 will be **DISMISSED** as to the City Defendants.

- **GRANTED** on Count 11 as to the City Defendants. Count 11 will be **DISMISSED** as to the City Defendants.

- **GRANTED** on Count 12 as to Officer Cook and Officer Wilson. Count 12 will be **DISMISSED** as to Officer Cook and Officer Wilson.

- **GRANTED** on Count 13 as to Chief Potter and the City of Alcoa. Count 13 will be **DISMISSED** as to Chief Potter and the City of Alcoa.

- **GRANTED IN PART** and **DENIED IN PART** as to Lieutenant Fletcher, Officer Cook, and Officer Wilson in their individual capacities. Summary judgment will be **GRANTED** to the extent that the claim is based on the

provision of medical care, but will be **DENIED** to the extent that it is based on uses-of-force.

To the extent that the Court has permitted a renewed motion for summary judgment on the limited issue discussed in the memorandum opinion, such renewed motion **SHALL** be filed no later than **June 1, 2020**.

**IT IS SO ORDERED.**

<br>

                                                          s/ Leon Jordan
                                        United States District Judge

3

Case 3:16-cv-00377-RLJ-DCP   Document 187   Filed 04/30/20   Page 3 of 3   PageID #: 3237